IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

MICHAEL DUANE SORRELL                                                         PLAINTIFF
Reg #41849-039

v.                          CASE NO. 2:21-CV-00167-BSM

DEWAYNE HENDRIX                                                               DEFENDANT

## ORDER

Having reviewed the entire record *de novo*, Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 3] is adopted and Sorrell's petition for writ of habeas corpus [Doc. No. 1] is dismissed without prejudice.

IT IS SO ORDERED this 2nd day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE