# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**MICHAEL DUANE SORRELL**                                                                  **PLAINTIFF**
Reg #41849-039

v.                              **CASE NO. 2:21-CV-00167-BSM**

**DEWAYNE HENDRIX**                                                                         **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 2nd day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE